USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
Josue Romero, :
:
                  Plaintiff, :      20-cv-7191 (AJN)
:
    -v- :      ORDER
:
Extreme Consciousness, Inc., :
:
                 Defendant. :
:
------------------------------------------------------------------ :
                                                  X

ALISON J. NATHAN, United States District Judge:

       As noted in Dkt. No. 5, the parties were to have submitted a proposed case management plan and joint letter at least seven days in advance of the initial pretrial conference. As of the date of this Order, the Court has not yet received these materials. The parties are hereby ORDERED to submit their proposed case management plan and joint letter by no later than December 8, 2020.

       **In the joint letter, the parties should <u>advise the Court if they can do without a conference altogether</u>**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

       SO ORDERED.

Dated: December 7, 2020
       New York, New York
                                                      ALISON J. NATHAN
                                                      United States District Judge